# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mark Vancleave,<br><br>  Plaintiff,<br><br>v.<br><br>Minnesota Department of Public Safety Commissioner John Harrington, *in his individual and official capacities*; Minnesota State Patrol Colonel Matthew Langer, *in his individual and official capacities*; Major Joseph Dwyer, *in his individual capacity;* and John Does 1-4, *in their individual capacities*,<br><br>  Defendants. | Court File No.:<br>22-CV-2812 (ADM/JFD) |

## STIPULATION FOR DISMISSAL PURSUANT TO RULE 41(a)

Pursuant to Fed. R. Civ. P. 41(a), IT IS HEREBY STIPULATED AND AGREED by Plaintiff Mark Vancleave and Defendants Harrington, Langer, and Dwyer, that Plaintiff's claims asserted in the above-captioned legal action against Defendants Harrington, Langer, Dwyer, and the Minnesota State Patrol troopers identified as John Does 1-4 in Plaintiff's Complaint should be DISMISSED WITH PREJUDICE, with the parties to bear their own costs, expenses and attorneys' fees.

Dated: February 12, 2024

/s/ Kevin C. Riach
Kevin C. Riach (#0389277)
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
Telephone: (612) 203-8555
kevin@riachdefense.com

***ATTORNEY FOR PLAINTIFF***

KEITH ELLISON
Attorney General
State of Minnesota

/s/ *Joseph Weiner*
JOSEPH WEINER
Assistant Attorney General
Atty. Reg. No. 0389181
445 Minnesota Street, Suite 1400
St. Paul, Minnesota 55101-2131
(651) 757-1431 (Voice)
(651) 282-5832 (Fax)
joseph.weiner@ag.state.mn.us

***ATTORNEY FOR DEFENDANTS***