UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mark Vancleave,

    Plaintiff,

v.

Minnesota Department of Public Safety
Commissioner John Harrington,
Minnesota State Patrol Colonel
Matthew Langer, Major Joseph Dwyer,
and John Does 1-4,

    Defendants.

Court File No.:
22-CV-2812 (ADM/JFD)

**ORDER**

Based upon the parties' Stipulation of Dismissal with Prejudice, filed on February 12, 2024 (Doc. No. 23),

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant's Harrington, Langer, Dwyer, and the Minnesota State Patrol Troopers identified in Plaintiff's Complaint as John Does 1-4 are DISMISSED WITH PREJUDICE, with the parties to bear their own costs, expenses and attorneys' fees.

Dated: February 14, 2024

                                               s/Ann D. Montgomery
                                               The Honorable Ann D. Montgomery
                                               United States District Judge